# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| S.R.J.F., INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAIRY FARMERS OF AMERICA, INC.<br>Defendant. | Case No. 2:22-CV-00147-CR<br><br>**CLASS ACTION COMPLAINT**<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.1(a), Plaintiff S.R.J.F., Inc. ("SRJF") states that it is a New York domestic business corporation, organized and existing under the laws of the State of New York. SRJF has no subsidiaries, no parent company, and has no affiliate that has issued shares of ownership to the public.

Dated: August 2, 2022

**MCVEIGH SKIFF ATTORNEYS AT LAW**

/s/  William B. Skiff

Chris McVeigh
William B. Skiff
30 Elmwood Avenue
Burlington, VT 05401
Telephone: (802) 660-2466
chris@mcveighskiff.com
bill@mcveighskiff.com

W. Joseph Bruckner (*pro hac vice* forthcoming)
Brian D. Clark (*pro hac vice* forthcoming)
Stephen J. Teti (*pro hac vice* forthcoming)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com

bdclark@locklaw.com
sjteti@locklaw.com

Steve W. Berman (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Elaine T. Byszewski (*pro hac vice* forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
elaine@hbsslaw.com

David R. Scott (*pro hac vice* forthcoming*)*
Patrick J. McGahan *pro hac vice* forthcoming)
Michael P. Srodoski (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
david.scott@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Christopher M. Burke (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508

cburke@scott-scott.com

Thomas Boardman (*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
tboardman@scott-scott.com

*Attorneys for Plaintiff*