# EXHIBIT A



UNITED STATES DEPARTMENT OF AGRICULTURE

AGRICULTURAL MARKETING SERVICE

DAIRY PROGRAM

WASHINGTON, DC 20250

List of Cooperative Milk Marketing Associations Holding Determinations of Qualification
Under the Agricultural Marketing Agreement Act of 1937,
as amended as of March 22, 2022


| Determination Number | Association |
|---|---|
| 1000.621 | Addison Cooperative Milk Producers Association, Inc.<br>12 North Park Street<br>Seneca Falls, New York 13148 |
| 1000.503 | Agri-Mark, Inc.<br>P.O. Box 5800<br>Lawrence, Massachusetts  01842 |
| 1000.653 | Appalachian Dairy Farmers Cooperative<br>3848 Crouse School Road<br>Crouse, North Carolina |
| 1000.338-C | Associated Milk Producers Inc.<br>P.O. Box 455<br>New Ulm, Minnesota  56073-0455 |
| 1000.578 | Bongards Creameries<br>13200 County Road 51<br>Bongards, Minnesota  55368 |
| 1000.623 | Boonville Farms Cooperative, Inc.<br>Box 114<br>Boonville, New York 13309 |
| 1000.561 | Burnett Dairy Cooperative<br>11631 State Road 70<br>Grantsburg, Wisconsin  54840 |

1

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.650 | California Dairies, Inc.<br>2000 N. Plaza Drive<br>Visalia, California  93291 |
| 1000.347 | Cayuga Marketing LLC.<br>2498 Angling Road<br>Aurora, New York 13026 |
| 1000.616 | Central Equity Milk Cooperative, Inc.<br>1595 Griesmer Road<br>Billings, Missouri  65610-9537 |
| 1000.608 | Clarco Farmers Cooperative<br>W8186 CTH X<br>Thorp, Wisconsin  54771 |
| 1000.640 | Cobblestone Milk Cooperative, Inc.<br>2625 Oxford Road<br>Chatham, Virginia   24531 |
| 1000.586 | Cooperative Milk Producers Association<br>P.O. Box 540<br>Blackstone, Virginia  23824-0540 |
| 1000.617 | Cooperative Regions of Organic Producer Pools<br>One Organic Way<br>La Farge, Wisconsin 54639 |
| 1000.523 | Cumberland Valley Milk Producers<br>961 Marcon Boulevard<br>Suite 112<br>Allentown, Pennsylvania  18109 |
| 1000.263-C | Dairy Farmers of America, Inc.<br>1405 N. 98th St.<br>Kansas City, Kansas  66111 |
| 1000.657 | Dairystream Cooperative, Inc.<br>19266 Fowler Road<br>Turlock, CA  95380 |
| 1000.570 | Down State Milk Producers Cooperative, Inc.<br>64 Upper Wisner Road<br>Warwick, New York 10990 |

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.644-C | Edge Dairy Farmer Cooperative<br>2763 Manitowoc Rd Ste. B<br>Green Bay, Wisconsin  54311 |
| 1000.299 | Elba Co-operative Creamery Association<br>1230 South Main Street<br>Elba, Minnesota  55910 |
| 1000.076 | Ellsworth Cooperative Creamery<br>P.O. Box 610<br>Ellsworth, Wisconsin  54011 |
| 1000.639 | Erie Cooperative Association, Inc.<br>10170 Tipton Highway<br>Tipton, Michigan  49287 |
| 1000.430 | Farmers Co-operative Creamery Company<br>P.O. Box 38<br>Foreston, Minnesota  56330 |
| 1000.414 | Farmers Union Milk Producers Association<br>37 Beech Street<br>Stoneboro, Pennsylvania  16153 |
| 1000.383-C | FarmFirst Dairy Cooperative<br>4001 Nakoosa Trail<br>Madison, Wisconsin  53714 |
| 1000.609 | Fingerlakes Milk Cooperative Inc.<br>1924 Porter Corners Road<br>Dundee, New York 14837 |
| 1000.152-C | Foremost Farms USA, Cooperative<br>P.O. Box 111<br>Baraboo, Wisconsin  53913-0111 |
| 1000.421 | Gilman Cooperative Creamery<br>Box 7<br>Gilman, Minnesota  56333 |
| 1000.649 | Great Lakes Milk Producers<br>112 North Concord Street<br>Mount Vernon, OH  43050 |

3

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.648 | Great Plains Dairymen's Association<br>300 S. Phillips Avenue<br>Sioux Falls, South Dakota 57104 |
| 1000.631 | H.P. Farmers Cooperative, Inc.<br>P.O. Box 186<br>Holland Patent, New York   13354 |
| 1000.651 | High Desert Milk, Inc.<br>1033 Idaho Avenue<br>Burley, Idaho  83318 |
| 1000.646 | Independent Dairy Producers, Inc.<br>Post Office Box 279<br>Hilmar, California  95324 |
| 1000.632 | Jefferson Bulk Milk Co-op Inc.<br>19401 NY State Route 3<br>Watertown, New York   13601 |
| 1000.664 | Keystone Family Farms LLC<br>126 Hoy Road<br>Howard, Pennsylvania 16841 |
| 1000.137-C | Lakes Area Cooperative<br>P.O. Box 247<br>Perham, Minnesota  56573 |
| 1000.619 | Lancaster Organic Farmers Co-op<br>2882 Miller Lane<br>Bird-In-Hand, Pennsylvania   17505 |
| 1000.600 | Lanco Dairy Farms Co-op<br>1260 Maryland Avenue, Suite 104<br>Hagerstown, Maryland   21740 |
| 1000.075-C | Land O'Lakes, Inc.<br>P.O. Box 64101<br>St. Paul, Minnesota  55164-0101 |
| 1000.656 | Legacy Milk Cooperative, Inc.<br>400 N. Washington Road<br>Turlock, CA  95380 |

4

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.662 | Liberty Milk Producers Cooperative, Inc.<br>1716 Hidden Creek Court<br>Suite 200<br>St. Louis, MO  63131 |
| 1000.595 | Lone Star Milk Producers, L.C.<br>Route 1, Box 59B<br>Windhorst, Texas  76389 |
| 1000.630 | Lowville Producers Dairy Cooperative, Inc.<br>7396 Utica Boulevard<br>Lowville, New York   13367 |
| 1000.663 | Magic Valley Quality Milk Producers Inc.<br>1756 South Buchanan<br>Jerome, Idaho 83338 |
| 1000.040 | Maryland and Virginia Milk Producers Cooperative Association, Inc.<br>1985 Isaac Newton Square, West<br>Reston, Virginia  20190-5094 |
| 1000.063 | Michigan Milk Producers Association<br>P.O. Box 8002<br>Novi, Michigan  48376-8002 |
| 1000.635 | Middlebury Cooperative Milk Producers Association, Inc.<br>717 Mosher Road<br>Little Marsh, Pennsylvania   16950 |
| 1000.119 | Mid-West Dairymen's Company<br>4313 West State Street<br>Rockford, Illinois  61102-1399 |
| 1000.564 | Mohawk Valley Cooperative, Inc.<br>1253 Eastern Avenue<br>West Charlton, New York 12010 |
| 1000.237 | Mount Joy Farmers Co-operative Association<br>1471 West Main Street<br>Mount Joy, Pennsylvania  17552 |
| 1000.468 | National Farmers Organization, Inc.<br>P.O. Box 2508<br>Ames, Iowa  50010-2508 |

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.433 | Nelson Creamery Association<br>P.O. Box 79<br>Nelson, Minnesota  56355 |
| 1000.513-C | Northeast Nebraska Milk Producers Nonstock Cooperative<br>P.O. Box 1428<br>Norfolk, Nebraska  68702 |
| 1000.153-C | Northwest Dairy Association<br>P.O. Box 79007<br>Seattle, Washington  98119-7907 |
| 1000.420 | Oak Park Cooperative Creamery Association<br>16623 Ironwood Road<br>Oak Park, Minnesota  56357 |
| 1000.542 | Oneida-Lewis Milk Producers Cooperative, Inc.<br>6224 Wynn Road<br>Constableville, New York 13325-2401 |
| 1000.279 | Oneida-Madison Milk Producers Co-operative Association, Inc.<br>P.O. Box 6<br>Sherrill, New York 13461 |
| 1000.643 | Organic Dairy Farmers Cooperative<br>12 North Park Street<br>Seneca Falls, NY  13148 |
| 1000.658-C | Organic Family Farms Marketing, LLC<br>1012 Calle Lento<br>Sante Fe, NM  87501 |
| 1000.316 | Osakis Creamery Association<br>P.O. Box 386<br>Osakis, Minnesota  56360 |
| 1000.652 | Pacific Gold Milk Producers, Inc.<br>115 W. Main St.<br>Ripon, CA  95366 |
| 1000.661 | Pioneer Milk Producers Cooperative, Inc.<br>148 Wilson Mill<br>Oxford, PA  19363 |

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.003-C | Plainview Milk Products Cooperative<br>130 - 2nd Street, SW<br>Plainview, Minnesota  55964 |
| 1000.087 | Prairie Farms Dairy, Inc.<br>3744 Staunton Rd.<br>Edwardsville, Illinois  62025 |
| 1000.622 | Preble Milk Cooperative Association, Inc.<br>P.O. Box 187<br>Preble, New York 13141 |
| 1000.235-C | Pro-Ag Farmers Cooperative<br>601 East Soo Street, Suite A<br>Parkers Prairie, Minnesota  56361 |
| 1000.627 | Producers Co-operative, Inc.<br>53 Summit Road<br>Newport, New York 13416 |
| 1000.551 | Progressive Dairymen's Cooperative, Inc.<br>12 North Park Street<br>Seneca Falls, New York   13148 |
| 1000.392 | Rock Dell Cooperative Creamery Company<br>6832 County Road 3, S.W.<br>Byron, Minnesota  55920 |
| 1000.641 | Rolling Hills Dairy Producers Cooperative<br>P.O. Box 25<br>Browntown, Wisconsin   53522-0025 |
| 1000.601 | Scenic Central Milk Producers Cooperative Association<br>11400 CTH C<br>Yuba City, Wisconsin  54634 |
| 1000.599 | Scenic Mountain Milk Producers Cooperative, Inc.<br>12 North Park Street<br>Seneca Falls, New York 13148 |
| 1000.151 | Scioto County Cooperative Milk Producers' Association<br>2301 Vinton Avenue<br>Portsmouth, Ohio  45662 |

7

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.588 | Select Milk Producers, Inc.<br>320 West Hermosa Drive<br>Artesia, New Mexico  88210 |
| 1000.043-C | Southeast Milk, Inc.<br>P.O. Box 3790<br>Belleview, Florida  34421-3790 |
| 1000.400 | Springfield Cooperative Creamery Association<br>P.O. Box 7<br>Springfield, Minnesota  56087-0007 |
| 1000.604 | Steamburg Milk Producers Cooperative, Inc.<br>11279 Pratham Road<br>East Concord, New York 14055 |
| 1000.397-C | Sunrise Ag Cooperative<br>P.O. Box 458<br>Buckman, Minnesota 56317 |
| 1000.483 | Swanville Cooperative Creamery Association<br>P.O. Box 8<br>Swanville, Minnesota  56382-0008 |
| 1000.654 | The Dairy Group, Inc.<br>7000 Merrill Avenue<br>B210 Unit A<br>Chino, CA  91710 |
| 1000.298 | The First District Association<br>101 South Swift Avenue<br>Litchfield, Minnesota  55355 |
| 1000.334 | Tillamook County Creamery Association<br>P.O. Box 313<br>Tillamook, Oregon  97141 |
| 1000.013 | Tri-County Producers' Cooperative<br>1500 W. Bayton Street<br>Alliance, Ohio  44601 |
| 1000.059 | United Dairymen of Arizona<br>P.O. Box 26877<br>Tempe, Arizona 85285-6877 |

8

December 16, 2021

| Determination Number | Association |
|---|---|
| 1000.498-C | Upstate Niagara Cooperative, Inc.<br>25 Anderson Road<br>Buffalo, New York 14225 |
| 1000.659 | Venture Dairy Cooperative<br>1043 Heyerdahl Heights<br>Oneida, Wisconsin 54155 |
| 1000.583 | Westby Cooperative Creamery<br>401 South Main Street<br>Westby, Wisconsin  54667 |
| 1000.560 | Westco Milk Producers Cooperative<br>3007 West Hill Road<br>Bliss, New York 14024 |
| 1000.655 | Western Milk Producers Association<br>10561 W. Highway 140<br>Atwater, CA  95301 |
| 1000.660 | Western Organic Family Farms Cooperative<br>965 Waddington Road<br>Ferndale, CA 95536 |
| 1000.613 | White Eagle Cooperative Association<br>P.O. Box 4577<br>South Bend, Indiana  46634-4577 |
| 1000.249 | Woodstock Progressive Milk Producers' Association<br>14804 Perkins Road<br>Woodstock, Illinois  60098 |

9