NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

S.R.J.F., Inc.

      v.                                Case No. 2:22-cv-147

Dairy Farmers of America, Inc.

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Thursday, February 02, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a hearing on Motions for Summary Judgment (docs. 45, 57, and 58).

| | |
|---|---|
| Location: 510 | JEFFREY S. EATON, Clerk |
| | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 11/29/2022 |

TO:

| | |
|---|---|
| Elaine Byszewski, Esq. | Alfred Pfeiffer, Jr., Esq. |
| Brian Clark, Esq. | Devin McKnight, Esq. |
| Christopher Burke, Esq. | Hannah Waite, Esq. |
| Christopher McVeigh, Esq. | Ian Carleton, Esq. |
| David Scott, Esq. | Sarah Ray, Esq. |
| Michael Srodoski, Esq. | W. Todd Miller, Esq. |
| Patrick McGahan, Esq. | |
| Shana Scarlett, Esq. | Johanna Masse, Court Reporter |
| Stephen Teti, Esq. | |
| Steve Berman, Esq. | |
| Thomas Boardman, Esq. | |
| W. Joseph Bruckner, Esq. | |
| William B. Skiff, Esq. | |