UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| S.R.J.F., INC., Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>DAIRY FARMERS OF AMERICA, INC.<br>                              Defendant. | Case No. 2:22-cv-0147-cr |

## MOTION TO WITHDRAWAL COUNSEL

In accordance with D. Vt. LR-Civ. 11(d), undersigned counsel hereby moves to withdraw Christopher M. Burke of Scott+Scott Attorneys at Law LLP as counsel for Plaintiff in this case, as Mr. Burke is no longer associated with Scott+Scott Attorneys at Law LLP.  The undersigned counsel will continue to be counsel for Plaintiff in this case.

Respectfully submitted,

| | |
|---|---|
| January 6, 2023 | SCOTT+SCOTT ATTORNEYS AT LAW LLP<br><br>s/ *Thomas K. Boardman*<br>Thomas K. Boardman (*pro hac vice*)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Telephone: (212) 223-6444<br>Facsimile:  (212) 223-6334<br>tboardman@scott-scott.com<br><br>David R. Scott (*pro hac vice)*<br>Patrick J. McGahan (*pro hac vice*)<br>Michael P. Srodoski (*pro hac vice*)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 Main Street |

1

P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
david.scott@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Chris McVeigh
William B. Skiff
**MCVEIGH SKIFF ATTORNEYS AT LAW**
30 Elmwood Avenue
Burlington, VT 05401
Telephone: (802) 660-2466
chris@mcveighskiff.com
bill@mcveighskiff.com

W. Joseph Bruckner (*pro hac vice*)
Brian D. Clark (*pro hac vice*)
Stephen J. Teti (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
sjteti@locklaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Shana E. Scarlett (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
elaine@hbsslaw.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed with the Clerk of the Court on January 6, 2023, and that it is available for viewing and downloading from the Court's ECF system. Service by electronic means has been effectuated on the following counsel of record:

/s/ *Thomas K. Boardman*
Thomas K. Boardman

Ian P. Carlton
Devin T. McKnight
Hannah C. Waite
**SHEEHEY FURLONG & BEHM P.C.**
30 Main Street, P.O. Box 66
Burlington, VT 05402
Telephone: 802-864-9891
icarleton@sheeheyvt.com
dmcknight@sheeheyvt.com
hwaite@sheeheyvt.com

Alfred C. Pfeiffer Jr.
Sarah M. Ray
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
al.pfeiffer@lw.com
sarah.ray@lw.com

W. Todd Miller
**BAKER & MILLER PLLC**
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Facsimile: 202-663-7849
tmiller@bakerandmiller.com