UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| S.R.J.F., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-0147-cr |

**STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**

Pursuant to the District of Vermont Local Rule 7(a)(7), Federal Rule of Civil Procedure 41(a), and/or any other Federal Rule of Civil Procedure that may apply, Plaintiff S.R.J.F., Inc. ("S.R.J.F.") and Defendant Dairy Farmers of America, Inc. ("DFA," and collectively with S.R.J.F., the "Parties"), jointly stipulate to the dismissal by S.R.J.F., with prejudice, of all claims brought by S.R.J.F. against DFA. The Parties further stipulate to the dismissal by DFA, with prejudice, of all claims brought by DFA against S.R.J.F. In addition, the Parties also agree to waive any right of appeal in this action.

The Parties shall bear their own fees and costs.

Dated: October 5, 2023             Respectfully submitted,

By: /s/ *Ian P. Carleton*
     Ian P. Carleton
     **SHEEHEY FURLONG & BEHM P.C.**
     30 Main Street, P.O. Box 66
     Burlington, VT 05402
     Telephone: 802-864-9891
     Email: icarleton@sheeheyvt.com

     Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)

1

Sarah M. Ray (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com
Email: sarah.ray@lw.com

W. Todd Miller (admitted *pro hac vice*)
**BAKER & MILLER PLLC**
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Facsimile: 202-663-7849
Email: tmiller@bakerandmiller.com

*Counsel for Defendant Dairy Farmers of America, Inc.*


By: /s/ *Stephen J. Teti*
W. Joseph Bruckner (admitted *pro hac vice*)
Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
Email:  wjbruckner@locklaw.com
bdclark@locklaw.com
sjteti@locklaw.com

Chris McVeigh
William B. Skiff
**MCVEIGH SKIFF ATTORNEYS AT LAW**
30 Elmwood Avenue
Burlington, VT 05401
Telephone: 802-660-2466
Email: chris@mcveighskiff.com
bill@mcveighskiff.com

Steve W. Berman (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**

2

1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: 510-725-3000
Facsimile: 510-725-3001
Email: shanas@hbsslaw.com

Elaine T. Byszewski (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: 213-330-7150
Facsimile: 213-330-7152
Email: elaine@hbsslaw.com
David R. Scott (admitted *pro hac vice*)

Patrick J. McGahan (admitted *pro hac vice*)
Michael P. Srodoski (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile: 860-537-4432
Email: david.scott@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Counsel for Plaintiff S.R.J.F., Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/5/23

_____
The Honorable Christina Reiss
United States District Court Judge